UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA WILLIAM BACHARACH,<br><br>Petitioner,<br>v.<br>REUBART, *et al.*,<br><br>Respondents. | Case No. 3:22-cv-00122-MMD-CSD<br><br>ORDER |

This is a habeas corpus action brought under 28 U.S.C. § 2254. Petitioner Joshua Bacharach has filed an application to proceed *in forma pauperis*. (ECF No. 1 ("IFP Application").) The IFP Application does not contain a statement of his inmate account and a financial certificate signed by the correct prison official, both of which are required documents. *See* 28 U.S.C. § 1915(a)(2); LSR 1-2. Bacharach has attached to his habeas corpus petition an inmate account transaction request, which he has labeled as proof of payment. (ECF No. 1-1 at 33.) However, the account transaction request is not proof of payment; rather, it is only proof that he has completed an inmate account transaction request. The Court has not received any money for this action. Bacharach will need to file a new, complete application to proceed in forma pauperis, or he will need to pay the $5.00 filing fee.

It therefore is ordered that Bacharach's application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

It further is ordered that Bacharach must file another application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. In the alternative, petitioner must make the necessary arrangements to pay the filing fee of $5.00, accompanied by a copy of this order.

Petitioner will have 45 days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

The Clerk of Court is directed to send Bacharach a blank application form for incarcerated litigants.

DATED THIS 6th Day of April 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE