UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH,<br><br>   Petitioner,<br>   v.<br>WILLIAM REUBART, et al.,<br><br>   Respondents. | Case No. 3:22-cv-00122-ART-CSD<br><br>ORDER |

    Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 19), and good cause appearing;

    It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 19) is granted. Petitioner will have up to and including November 29, 2022, to file his second amended petition.

    DATED THIS 2nd day of September 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1