UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH,<br><br>        Petitioner,<br> v.<br><br>WILLIAM REUBART, et al.,<br><br>        Respondents. | Case No. 3:22-cv-00122-ART-CSD<br><br>ORDER |

  Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 21), and good cause appearing;

  It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 21) is granted. Petitioner will have up to and including January 30, 2023, to file his second amended petition.

  DATED THIS 2nd day of December 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1