UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH,<br><br>          Petitioner,<br>     v.<br><br>WILLIAM REUBART, et al.,<br><br>          Respondents. | Case No. 3:22-cv-00122-ART-CSD<br><br>ORDER |

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 24), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (third request) (ECF No. 24) is granted. Petitioner will have up to and including March 31, 2023, to file his second amended petition.

DATED THIS 3rd day of January 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE