UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH, | Case No. 3:22-cv-00122-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM REUBART, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 27), and good cause appearing;

It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 27) is granted. Respondents will have up to and including June 5, 2023, to file their response to the second amended petition.

DATED THIS 23rd day of May 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1