UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>WILLIAM REUBART, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:22-cv-00122-ART-CSD<br><br>ORDER |

　　　Before the Court is Respondents' Motion for Leave to File Exhibit Under Seal. (ECF No. 32.) Respondents seek leave to file under seal one document in support of their Motion to Dismiss (ECF No. 29): Exhibit 37, Petitioner's Presentence Investigation Report ("PSI") (ECF No. 33-1), dated December 9, 2015. Under Nevada law, the PSI is "confidential and must not be made a part of any public record." NRS § 176.156(5).

　　　Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

　　　It is therefore ordered that the Motion (ECF No. 32) is granted. Exhibit 37 (ECF No. 33-1) is considered properly filed under seal.

　　　DATED THIS 13th day of June 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1