UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH,<br><br>                    Petitioner,<br><br>   v.<br><br>WILLIAM REUBART, et al.,<br><br>                    Respondents. | Case No. 3:22-cv-00122-ART-CSD<br><br>ORDER |

This counseled habeas matter is before this Court on the Respondents' motion to dismiss. (ECF No. 29.) In this Court's scheduling order, this Court ordered that "[t]he response and reply time to any motion filed by either party, including a motion filed in lieu of a pleading, shall be governed . . . by Local Rule LR 7-2(b)." (ECF No. 17 at 2.) Local Rule 7-2(b) provides that "the deadline to file and serve any points and authorities in response to [a motion other than a motion for summary judgment] is 14 days after service of the motion." Respondents' motion to dismiss was electronically served on June 5, 2023. As such, Petitioner's 14-day deadline to respond to the motion to dismiss expired on June 20, 2023, as June 19, 2023, was a Court holiday. To date, Petitioner has not filed a response nor requested an extension of time.

**It is therefore ordered** that Petitioner has 5 days from the date of this order to file a response to the motion to dismiss or a motion for extension of time. Failure to file a response within 5 days may result in the dismissal of this action.

DATED THIS 29th day of June 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1