UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>WILLIAM REUBART, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:22-cv-00122-ART-CSD<br><br>ORDER |

　　　Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 36), and good cause appearing;

　　　It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 36) is granted. Petitioner will have up to and including July 20, 2023, to file his opposition to Respondents' motion to dismiss.

　　　DATED THIS 7th day of July 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE