UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH, | Case No. 3:22-cv-00122-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM REUBART, et al., | |
| Respondents. | |

Respondents have filed an unopposed motion for extension of time. (ECF No. 39.) This is Respondents' first request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 39) is granted. Respondents will have up to and including August 24, 2023, to file their reply to their motion to dismiss.

DATED THIS 28th day of July 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1