UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH, | Case No. 3:22-cv-00122-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM REUBART, et al., | |
| Respondents. | |

    Respondents have filed an unopposed motion for extension of time. (ECF No. 41.) This is Respondents' second request for an extension of this deadline. This Court finds good cause to grant the motion.

    It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 41) is granted. Respondents will have up to and including September 25, 2023, to file their reply to their motion to dismiss.

    DATED THIS 25th day of August 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE