UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH,<br><br>        Petitioner,<br><br> v.<br><br>WILLIAM REUBART, et al.,<br><br>        Respondents. | Case No. 3:22-cv-00122-ART-CSD<br><br>ORDER |

  Respondents have filed an unopposed motion for extension of time. (ECF No. 44.) This is Respondents' third request for an extension of this deadline. This Court finds good cause to grant the motion.

  It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 44) is granted. Respondents will have up to and including October 25, 2023, to file their reply to their motion to dismiss.

DATED THIS 3rd day of October 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1