UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH,<br><br>                    Petitioner,<br>      v.<br>WILLIAM REUBART, et al.,<br><br>                    Respondents. | Case No. 3:22-cv-00122-ART-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time. (ECF No. 52.) This is Respondents' second request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 52) is granted. Respondents will have up to and including May 20, 2024, to file their answer to the Second-Amended Petition.

DATED THIS 12th day of April 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1