UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>WILLIAM REUBART, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:22-cv-00122-ART-CSD<br><br>ORDER |

　　　Petitioner Joshua Bacharach has filed an unopposed motion for extension of time. (ECF No. 55.) This is Bacharach's first request for an extension of this deadline. This Court finds good cause to grant the motion.

　　　It is therefore ordered that Bacharach's unopposed motion for extension of time (ECF No. 55) is granted. Bacharach has up to and including October 17, 2024, to file his reply in support of his Second-Amended Petition.

　　　DATED THIS 2nd day of August 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1