UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH,<br><br>　　　　　　Petitioner,<br>　v.<br>WILLIAM REUBART, et al.,<br><br>　　　　　　Respondents. | Case No. 3:22-cv-00122-ART-CSD<br><br>ORDER |

　　　　Petitioner Joshua Bacharach has filed an unopposed motion for extension of time. (ECF No. 58.) This is Bacharach's second request for an extension of this deadline. This Court finds good cause to grant the motion.

　　　　It is therefore ordered that Bacharach's unopposed motion for extension of time (ECF No. 58) is granted. Bacharach has up to and including December 16, 2024, to file his reply in support of his Second-Amended Petition.

　　　　Dated this 24th day of October, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE