UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH, | Case No. 3:22-cv-00122-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM REUBART, et al., | |
| Respondents. | |

Petitioner Joshua Bacharach has filed an unopposed motion for extension of time. (ECF No. 62.) This is Bacharach's fourth request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that Bacharach's unopposed motion for extension of time (ECF No. 62) is granted. Bacharach has up to and including April 7, 2025, to file his reply in support of his Second-Amended Petition.

Dated this 24th day of March 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1