UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BACHARACH,<br><br>                    Petitioner,<br>     v.<br>WILLIAM REUBART, et al.,<br><br>                    Respondents. | Case No. 3:22-cv-00122-ART-CSD<br><br>ORDER |

Petitioner Joshua Bacharach has filed a motion for extension of time to file his reply in support of his Second-Amended Petition. (ECF No. 64.) This is Bacharach's fifth request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that Bacharach's motion for extension of time (ECF No. 64) is granted. Bacharach has up to and including May 22, 2025, to file his reply in support of his Second-Amended Petition.

Dated this 10th day of April 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1